BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: John Hoemke            Case No. 12-33152-dof
                                                                            Hon. Daniel S. Opperman
                                                                            CHAPTER 13

_____/

## ORDER CONFIRMING PLAN

       The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.
       Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

       IT IS FURTHER ORDERED that the claim of Sweeney Law Offices, PLLC, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $_FEE APP_ in fees and $__ FEE APP in expenses, and that the portion of such claim which has not already been paid, to-wit: $ _FEE APP_ shall be paid by the Trustee as an administrative expense of this case.

       IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.
       All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

       IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]
**(x) Plan payments to increase by $488 per month effective 6.2015 when the DSO payment ends.**

| | |
|---|---|
| /s/ Jesse R. Sweeney | /s/ Carl L. Bekofske |
| Attorney for Debtor | Chapter 13 Trustee |
| Jesse R. Sweeney (P60941) | 400 N. Saginaw St., Ste 331 |
| Sweeney Law Offices, P.L.L.C. | Flint MI 48502 |
| 29777 Telegraph, Suite 2500 | (810) 238-4675 |
| Southfield, MI 48034 | ecf@flint13.com |
| 586.909.8017 | P10645 |
| sweeneylaw2005@yahoo.com | |

.

**Signed on November 16, 2012**

                                                   **/s/ Daniel S. Opperman**
                                                   **Daniel S. Opperman**
                                                   **United States Bankruptcy Judge**